**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



FILED
JUN 0 7 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. |
| Plaintiff, ) ) | ORDER SEALING INDICTMENT PURSUANT TO RULE 6(E) OF THE |
| v. ) ) | FEDERAL RULES OF CRIMINAL PROCEDURE |
| JUAN ACOSTA VALASQUEZ, A.K.A. ) JUAN ACOSTA, A.K.A. "JOHNNY," ) ) | **UNDER SEAL** |
| Defendant. ) ) | |

1:12 CR 0 0 1 7 1 - LJO SKO

IT IS HEREBY ORDERED THAT for reasons stated in the government's sealing application, the indictment in this matter, the related sealing application, and this sealing order shall be SEALED in the interest of justice until further order of the court.

Dated: June 7, 2012

_____
HON. BARBARA A. MCAULIFFE
U.S. Magistrate Judge