

FILED
JUN 14 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ACOSTA VELASQUEZ,<br>AKA "JUAN ACOSTA," AKA "JOHNNY,"<br><br>Defendant. | CASE NO. 1:12CR00171 LJO-SKO<br><br>**[PROPOSED] ORDER UNSEALING INDICTMENT** |

IT IS HEREBY ORDERED THAT the indictment in the above-captioned case be UNSEALED as the defendant(s) has/have been apprehended.

Dated: June 13, 2012

_____
HON. GARY S. AUSTIN
U.S. Magistrate Judge

2