BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:12-CR-00171-LJO |
|---|---|
| Plaintiff, | JOINT STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| JUAN VELASQUEZ ACOSTA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the status conference in the above-captioned matter now scheduled for April 1, 2013, may be rescheduled for April 29, 2013 at 1:00 p.m.

This continuance is at the request of the parties to allow additional time for negotiation and investigation.  The requested continuance will conserve time for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served in granting such a continuance outweigh the best interests of the public and defendant in a speedy trial.

///

///

///

1

1 | IT IS SO STIPULATED.

DATED:  March 26, 2013        /s/ Melanie L. Alsworth
                              MELANIE L. ALSWORTH
                              Assistant United States Attorney

DATED:  March 26, 2013        /s/ Mark Girdner
                              MARK GIRDNER
                              Attorney for Defendant

                              Attorney for Defendant Juan Acosta Velasquez

## ORDER

The parties' request for a continuance of the status conference to April 29, 2013, is GRANTED.   The delay resulting from the continuance shall be excluded because the ends of justice served in granting such a continuance outweigh the interests of the public and defendant in a speedy trial.

If the matter has not been resolved prior to the next hearing date, the parties shall be prepared to select a mutually acceptable trial date before District Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated:   **March 27, 2013**                 **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

2