BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>JUAN ACOSTA VELASQUEZ,<br><br>                      Defendant. | CASE NO. 1:12-CR-00171-LJO<br><br>JOINT STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; AND ORDER |

IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the change of plea hearing in the above-captioned matter now scheduled for July 29, 2013, may be rescheduled for August 5, 2013 at 1:00 p.m.

This continuance is at the request of the parties to allow additional time for signing of Plea agreement. The requested continuance will conserve time for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served in granting such a continuance outweigh the best interests of the public and defendant in a speedy trial.

///

///

///

1

1 | IT IS SO STIPULATED.

2

3 | DATED:  March 26, 2013        /s/ Melanie L. Alsworth
                                  MELANIE L. ALSWORTH
4                                 Assistant United States Attorney

5

6 | DATED:  March 26, 2013        /s/ Mark Girdner
                                  MARK GIRDNER
                                  Attorney for Defendant
7
                                  Attorney for Defendant Juan Acosta Velasquez
8

9

10

11 | IT IS SO ORDERED.

12 |     Dated:   **July 23, 2013**                    **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE
13

14

...

28

2