1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5
6  Attorneys for Plaintiff
7
8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO.  1:12-CR-00171-LJO |
12 | Plaintiff, | JOINT STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; AND ORDER |
13 | v. | |
14 | JUAN ACOSTA VELASQUEZ, | |
15 | Defendant. | |

16

17    IT IS HEREBY STIPULATED by and between the parties and through their respective

18 attorneys of record that the change of plea hearing in the above-captioned matter now scheduled for

19 August 5, 2013, may be rescheduled for September 23, 2013 at 8:30 a.m.

20    This continuance is at the request of the parties to allow additional time as government has

21 provided supplemental discovery (lab report) that needs to be discussed with client because it may

22 affect sentencing range.  Due to the supplemental discovery negotiations and discussions with client

23 must be revisited.  Upon the finalization of these discussions the additional time will allow for

24 signing of Plea Agreement also.    Defendant is currently incarcerated down in Bakersfield and

25 attorney is located in Modesto, Ca and this has caused scheduling conflicts in regards to the attorney

26 getting to visit client for purposes of reviewing the new discovery as the attorney has been in

27 multiple trials last few weeks and is scheduled for two more trials in the upcoming weeks.  The

28 requested continuance will conserve time for both counsel and the court.

1

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served in granting such a continuance outweigh the best interests of the public and defendant in a speedy trial.

///

///

///     IT IS SO STIPULATED.

DATED: March 26, 2013         /s/ Melanie L. Alsworth
                              MELANIE L. ALSWORTH
                              Assistant United States Attorney

DATED: March 26, 2013         /s/ Mark Girdner
                              MARK GIRDNER
                              Attorney for Defendant

                              Attorney for Defendant Juan Acosta Velasquez

ORDER

Granted. Time excluded for good cause.

IT IS SO ORDERED.

   Dated:   **July 31, 2013**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

2