1   HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2   HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
3   Counsel Designated for Service
801 I Street, 3rd Floor
4   Sacramento, California 95814
Telephone: (916) 498-5700
5

6   Attorneys for Defendant
JUAN VELASQUEZ ACOSTA
7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            No.  1:12-cr-171 LJO

12              Plaintiff,                **STIPULATED MOTION AND ORDER TO
REDUCE SENTENCE PURSUANT TO 18
13        v.                             U.S.C. § 3582(c)(2)**

14   JUAN VELASQUEZ ACOSTA,              RETROACTIVE DRUGS-MINUS-TWO
REDUCTION CASE
15              Defendant
                                         Judge:  Honorable LAWRENCE J. O'NEILL
16

17        Defendant, JUAN VELASQUEZ ACOSTA, by and through his attorney, Hannah R.

18   Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant

19   U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

20        1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21   imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22   based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23   pursuant to 28 U.S.C. § 994(o);

24        2.      On January 13, 2014, this Court sentenced Mr. Acosta to a term of 151 months

25   imprisonment;

26        3.      His total offense level was 33, his criminal history category was II, and the

27   resulting guideline range was 151 to 188 months;

28

Stipulation and Order Re: Sentence Reduction                    1

1        4.    The sentencing range applicable to Mr. Acosta was subsequently lowered by the

2    United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014,

3    see 79 Fed. Reg. 44,973;

4        5.    Mr. Acosta's total offense level has been reduced from 33 to 31, and his amended

5    guideline range is 121 to 151 months;

6        6.    Accordingly, the parties request the Court enter the order lodged herewith

7    reducing Mr. Acosta's term of imprisonment to a total term of 121 months.

8    Respectfully submitted,

9    Dated:  June 2, 2016          Dated:   June 2, 2016

10   PHILLIP A. TALBERT        HEATHER E. WILLIAMS
     Acting United States Attorney    Federal Defender

11

12   /s/  *Kathleen A. Servatius*     /s/ *Hannah R. Labaree*
     KATHLEEN A. SERVATIUS    HANNAH R. LABAREE

13   Assistant U.S. Attorney       Assistant Federal Defender

14   Attorney for Plaintiff         Attorney for Defendant
     UNITED STATES OF AMERICA    JUAN VELASQUEZ ACOSTA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

      This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

      The parties agree, and the Court finds, that Mr. Acosta is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 121 to 151 months.

      IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2014 is reduced to a term of 121 months.  In no event is this Order to be understood as authorizing a term of imprisonment less than the term actually served as of the date of this order.

      IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an AO Form 247 reflecting the above reduction in sentence, and shall serve certified copies on the United States Bureau of Prisons and the United States Probation Office.

      Unless otherwise ordered, Mr. Acosta shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

    Dated:   __June 3, 2016__            _____/s/ Lawrence J. O'Neill_____
                                      UNITED STATES CHIEF DISTRICT JUDGE